

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-12-00053-CV

FORT WORTH INDEPENDENT                                    APPELLANT
SCHOOL DISTRICT

V.

JOSEPH PALAZZOLO AND                                      APPELLEES
ROBERT SCOTT, TEXAS
COMMISSIONER OF EDUCATION

-----------

## FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered "Appellant Fort Worth Independent School District's Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  March 15, 2012